UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JORGE EDUARDO ZAMUDIO
QUIROGA,**

        **Petitioner,**

**v.**                                         **Case No.  6:23-cv-602-CEM-DCI**

**KAREN VANESSA ROSALES DE
LA HOZ,**

        **Respondent.**

_____/

**ORDER**

THIS CAUSE is before the Court on the proposed Consent Final Judgment
and Order for Voluntary Return of Minor Children to Colombia ("Consent Judgment
and Order," Doc. 30). For the reasons stated therein and at the April 19, 2023 Status
Conference, (Min. Entry, Doc. 28), it is **ORDERED** and **ADJUDGED** as follows:

1. The Consent Final Judgment and Order for Voluntary Return of Minor
   Children to Colombia (Doc. 30) is **ADOPTED** and incorporated herein
   as a part of this Order.

2. The Court will facilitate communication between the U.S. Marshal's
   Office and counsel to effectuate the Consent Judgment and Order.

3.  The Court retains jurisdiction over this action, including over the construction, modification, and enforcement of the Consent Judgment and Order.

4.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record