UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE EDUARDO ZAMUDIO QUIROGA,

    Petitioner,

v.

KAREN VANESSA ROSALES DE LA HOZ,

    Respondent.

Case No. 6:23-cv-602-CEM-DCI

**RESPONDENT'S UNOPPOSED MOTION TO MODIFY THE
CONSENT FINAL JUDGMENT AND ORDER
FOR VOLUNTARY RETURN OF MINOR CHILDREN TO COLOMBIA**

The Respondent, Karen Vanessa Rosales De La Hoz ("Ms. De La Hoz"), by and through her undersigned counsel, hereby moves to modify the Consent Final Judgment and Order for Voluntary Return of Minor Children to Colombia and the Order of the Court adopting said Judgment and Order (Docs. 30, 31) (hereinafter referred to collectively as the "Consent Final Judgment and Order"). The only term that Ms. De La Hoz seeks to amend in the Consent Final Judgment and Order, is replacing the temporary guardian, currently listed as her aunt, Betsy De La Hoz, with her cousin, Andrew Maldonado, who has now agreed to be the temporary custodian who will travel back to Colombia with the minor children on or before June 15, 2023. In further support thereof, Ms. De La Hoz states as follows:

1.      On April 28, 2023, after several rounds of negotiations, the parties agreed to the Consent Final Judgment and Order, which was filed with the Court on this same date. Doc. 30. In the Consent Final Judgment and Order, Ms. De La Hoz's aunt, Betsy De La Hoz, was listed as the temporary guardian who was responsible for traveling with the minor children and returning them to Colombia. *Id.* The Consent Final Judgment and Order also stated that Ms. De La Hoz was required to finalize the travel arrangements for the minor children on or before May 10, 2023.

2.      On May 1, 2023, the Court entered an Order adopting the Consent Final Judgment and Order and incorporating it as the final disposition of this matter. Doc. 31.

3.      Once the Court adopted the Consent Final Judgment and Order, Ms. De La Hoz started the process of determining which flights to purchase for the minor children and her aunt, Betsy De La Hoz, to travel to Colombia. Before finalizing these travel arrangements, Ms. De La Hoz was informed for the first time that her aunt, Betsy De La Hoz, has a mandatory work training event scheduled in June that will now prevent her aunt from serving as the temporary guardian of the minor children during their return to Colombia.

4.      Upon learning this, Ms. De La Hoz contacted the undersigned and informed the undersigned that her cousin, Andrew Maldonado, is now willing to

serve as the temporary guardian of the children, and can travel with the children to Colombia on or before June 15, 2023, as required by the Consent Final Judgment and Order. Doc. 30. In addition, Ms. De La Hoz is prepared to finalize the travel arrangements for the minor children and her cousin, Andrew Maldonado, on or before May 10, 2023, as required by the Consent Final Judgment and Order. *Id.*

5. The undersigned has conferred with Petitioner's counsel, Robert D. Eckard, Esq., who has informed the undersigned that the Petitioner has no objection to substituting Andrew Maldonado for Betsy De La Hoz as the temporary guardian in the Consent Final Judgment and Order.

6. Based on the foregoing, the undersigned requests that the Court enter an Order amending the Consent Final Judgment and Order and the Order adopting said Judgment and Order (Docs. 30, 31) to permit Andrew Maldonado to serve as the temporary guardian of the minor children during their travel back to Colombia. In all other aspects the Consent Final Judgment and Order will remain unchanged, and in full force and effect.

## CONCLUSION

WHEREFORE, the Respondent, Karen Vanessa Rosales De La Hoz, respectfully requests that this Court enter an Order granting an amendment to the Consent Final Judgment and Order and the Order adopting said Judgment and Order (Docs. 30, 31), permitting Andrew Maldonado to serve as the temporary

guardian of the minor children during their travel back to Colombia, instead of Betsy De La Hoz.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), on May 4, 2023, the undersigned conferred telephonically with opposing counsel, Robert D. Eckard, Esq., who informed the undersigned that the Petitioner does not oppose the instant motion.

Respectfully submitted on this 4th day of May, 2023.

                                         */s/ Andrew C. Searle*
                                         **ANDREW C. SEARLE, ESQ.**
                                         Florida Bar No. 0116461
                                         **SEARLE LAW P.A.**
                                         200 East Robinson Street, Suite 1150
                                         Orlando, Florida 32801
                                         Telephone: 407-952-0642
                                         Email: andrew@searle-law.com
                                         Attorney for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in this case on May 4, 2023.

>*/s/ Andrew C. Searle*
>**ANDREW C. SEARLE, ESQ.**
>Florida Bar No. 0116461
>**SEARLE LAW P.A.**
>200 East Robinson Street, Suite 1150
>Orlando, Florida 32801
>Telephone: 407-952-0642
>Email: andrew@searle-law.com
>Attorney for Respondent